# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JOHNNY WHITE, IV, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:23-cv-00318-MTS |
| ) | |
| ZEIGLER ENTERPRISES, INC., ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on review of the file. Plaintiff filed a Stipulation of Dismissal in this action signed by all parties who have appeared, which thereby dismissed this action. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). Previously, the Court granted Plaintiff's Motion for Leave to Proceed in Forma Pauperis under 28 U.S.C. § 1915. Doc. [3]. That statute, as Plaintiff's Motion recognized, allows the Court to authorize the commencement of an action without *pre*payment of fees. 28 U.S.C. § 1915 ("[A]ny court of the United States may authorize the commencement, prosecution or defense of any suit, action or proceeding, civil or criminal, or appeal therein, without prepayment of fees or security therefor."); *see also* Doc. [2] ("Application to Proceed in District Court Without Prepaying Fees or Costs"). In granting the Motion, the Court also ordered that Plaintiff must reimburse the filing fee to the Clerk of Court *if* Plaintiff's action resulted in a monetary settlement or award that equaled or exceeded the amount of the filing fee. Doc. [3]. Now that this action has concluded, the Court will require either that Plaintiff pay the filing fee consistent with the previous Order or file a written certification that this action did *not* lead to a monetary settlement or award, including a monetary settlement or award only of fees or costs, in an amount equal to or greater than the filing fee.

- 2 -

Accordingly,

**IT IS HEREBY ORDERED** that, no later than **September 06, 2023**, Plaintiff shall either pay the filing fee to the Clerk of Court or shall certify that this action did *not* lead to a monetary settlement or award, including a monetary settlement or award only of fees or costs, in an amount equal to or greater than the filing fee.

Dated this 28th day of August 2023.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE